AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV121-020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Christopher Carr, Attorney General, State of Georgia__

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Office of Attorney General, State of Georgia__ , who is designated by law to accept service of process on behalf of *(name of organization)* __The State of Georgia__ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified US postage 7020 0090 0000 5644 9361
40 Capitol Square, SW
Atlanta, GA 30334

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: 2-26-2021

*Server's signature*

Brian Swanson
*Printed name and title*

1805 Prince George Ave
Evans, GA 30809
*Server's address*

Additional information regarding attempted service, etc:

B. Swanson
1805 Prince George Ave
Evans, Ga 30809

COLUMBIA SC 290
27 FEB 2021 PM 2 L

Clerk, US District Court
PO Box 1130
Augusta, Ga 30903

30903-113030