IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **BRIAN D. SWANSON,** | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: |
| v. | ) 1:21-cv-00020-JRH-BKE |
| | ) |
| **STATE OF GEORGIA,** | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Russell D. Willard, Senior Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendant State of Georgia.

Please direct all further pleadings, notices, orders, and other matters to him at the following:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 656-3300
> E-Mail: rwillard@law.ga.gov

Respectfully submitted, this 19th day of March, 2021.

/s/ *Russell D. Willard*
RUSSELL D. WILLARD 760280
Senior Assistant Attorney General

2

        Office of the Georgia Attorney General
        40 Capitol Square SW
        Atlanta, GA 30334
        rwillard@law.ga.gov
        Tel: 404-656-3300
        Fax: 404-657-9932

*Counsel for Defendant State of Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff via electronic notification, and have mailed a copy via United States first class mail, postage prepaid, to:

>Brian D. Swanson
>1805 Prince George Ave.
>Evans, Georgia 30809

Dated: March 19, 2021.

>*/s/ Russell D. Willard*
>Russell D. Willard
>Senior Assistant Attorney General