IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN D SWANSON, | |
| Plaintiff, | Civil Action No.: |
| v. | 1:21-cv-00020-JRH-BKE |
| STATE OF GEORGIA. | |
| Defendant. | |

**STATE OF GEORGIA'S MOTION TO DISMISS COMPLAINT**

The State of Georgia moves this Court to dismiss Plaintiffs' complaint in its entirety pursuant to the Eleventh Amendment of the Constitution and Fed. R. Civ. P. 12(b)(1), (5), and (6). In support of its motion, the State of Georgia relies on its Brief in Support of the Motion to Dismiss, which is filed with this motion.

Respectfully submitted, this 19th day of March, 2021.

| | |
|---|---|
| Christopher M. Carr | 112505 |
| Attorney General | |
| | |
| Bryan K. Webb | 743580 |
| Deputy Attorney General | |
| | |
| /s/ Russell D. Willard | |
| Russell D. Willard | 760280 |
| Senior Assistant Attorney General | |

40 Capitol Square SW
Atlanta, Georgia, 30334
rwillard@law.ga.gov
(404) 656-3300

*Attorneys for the State of Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the forgoing **STATE OF GEORGIA'S MOTION TO DISMISS COMPLAINT** with the Clerk of Court using the CM/ECF system, and have mailed a copy via United States mail, postage prepaid, to:

>Brian D. Swanson
>1805 Prince George Ave.
>Evans, Georgia
>30809

Dated:  March 19, 2021

>/s/ Russell D. Willard
>Russell D. Willard          760280
>Senior Assistant Attorney General