IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN D SWANSON, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF GEORGIA. <br><br> Defendant. | Civil Action No.: <br> 1:21-cv-00020-JRH-BKE |

## STATE OF GEORGIA'S UNOPPOSED MOTION
## TO STAY DISCOVERY

The State of Georgia, through counsel, moves this Court to stay discovery on the basis of its pending motion to dismiss the complaint. After conferring with the pro se Plaintiff, Plaintiff consents to submission of said motion and does not oppose entry of the stay of discovery, including all required disclosures, until such time as the Court has ruled on the State of Georgia's pending motion to dismiss. The State of Georgia incorporates by reference the accompanying brief in support of this Motion.

Respectfully submitted, this 1st day of June, 2021.

        Christopher M. Carr     112505
        Attorney General

        Bryan K. Webb     743580
        Deputy Attorney General

        <u>/s/ Russell D. Willard</u>
        Russell D. Willard     760280
        Senior Assistant Attorney General

        40 Capitol Square SW
        Atlanta, Georgia, 30334
        rwillard@law.ga.gov
        (404) 656-3300

*Attorneys for the State of Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the forgoing **STATE OF GEORGIA'S UNOPPOSED MOTION TO STAY DISCOVERY** with the Clerk of Court using the CM/ECF system, and have mailed a copy via United States mail, postage prepaid, to:

> Brian D. Swanson
> 1805 Prince George Ave.
> Evans, Georgia
> 30809

Dated: June 1, 2021

/s/ Russell D. Willard
Russell D. Willard          760280
Senior Assistant Attorney General