AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRIAN D. SWANSON,

    Plaintiff,

                          JUDGMENT IN A CIVIL CASE

        V.                      CASE NUMBER: CV121-020

STATE OF GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 20, 2022, Defendant's Motion to Dismiss is granted. Plaintiff's complaint is dismissed and this case stands closed.

| January 20, 2022 | | John E. Triplett |
|---|---|---|
| Date | | Clerk |
| | | *(signature)* |
| | | (By) Deputy Clerk |

GAS Rev 10/1/03